# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Monica Ray Travis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00070-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Commissioner of Social Security, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 7, 2014 Memorandum Decision and Order.

April 8, 2014

Frank G. Johns, Clerk
United States District Court